# UNITED STATES BANKRUPTCY COURT
# FOR THE
# EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | Chapter 7 |
| Lamees Alromani | ) | |
| | ) | |
| Debtor | ) | Case No. 16-13854-KHK |
| _____ | ) | |

### DEBTOR'S OPPOSITION TO ALL MOTIONS FOR 2004 EXAMINATIONS BY RL BB ACQ III-MD SHP, LLC, ASSIGNEE OF RL BB ACQUISITION, LLC

COMES NOW THE DEBTOR, by counsel, who responds to RL BB ACQ III-MD SHP's Motion for 2004 Examination follows:

1. RL BB ACQ III-MD SHP filed a motion to extend time to file complaint for determination of dischargeability on February 10, 2017, as document number 18. The Motion was never granted and on March 3, 2017 the court issued a Notice of Failure to Prosecute.

2. The debtor's discharge was entered March 7, 2017.

WHEREFORE, having fully answered, the debtor requests the relief prayed for in the motion for 2004 examination be denied.

/s/ Richard O. Bolger

Richard Owen Bolger
VSB #22994
10347 Democracy Lane
Fairfax, Virginia  22030
703-383-9595

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of March, 2017, a copy of the foregoing Response was served electronically via CM/ECF and/or by first class mail, postage prepaid on:

Louis J. Ebert, Esquire
Rosenberg Martin Greenberg, LLP
25 South Charles Street, 21st Floor
Baltimore, MD 21201

H. Jason Gold, Chapter 7 Trustee
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001

Office of the US Trustee
115 S. Union Street, Suite 210
Alexandria, VA 22314

/s/ Richard O. Bolger
Richard O. Bolger