Louis J. Ebert (Bar No. 17527)
Rosenberg Martin Greenberg, LLP
25 South Charles Street, Suite 2115
Baltimore, MD 21201
(410) 649-4995

*Attorneys for RL BB ACQ III-MD SHP, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | * | |
| LAMEES ALROMANI, | * | Case No. 16-13854 |
| Debtor | * | (Chapter 7) |

\* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER EXTENDING TIME TO FILE A COMPLAINT
TO DETERMINE THE DISCHARGEABILITY OF CERTAIN DEBTS**

This matter came before the Court upon RL BB ACQ III-MD SHP, LLC's, assignee of RL BB Acquisition, LLC ("RL BB") motion (the "Motion") to extend the time to file a complaint to determine the dischargeability of certain debts owed by Lamees Alromani (the "Debtor"), by

counsel, and within the time allowed pursuant to Bankruptcy rules 4007(c) and 9006(b). It appearing that RL BB has set forth valid grounds for the requested extension, no objection or response having been filed with this Court, and proper notice of the Motion was served, it is hereby **ORDERED**:

1. The Motion is hereby **GRANTED.**

2. The time for RL BB to file a complaint pursuant to 11 U.S.C. 523 objecting to the Debtor's discharge of certain debts is hereby extended through and including April 10, 2017.

3. RL BB is granted leave to apply for a further extension of this deadline.

4. Upon entry, the Clerk is directed to send a copy of this Order to all parties on the service list attached hereto.

Entered: Mar 15 2017

/s/ Klinette Kindred
_____
United States Bankruptcy Judge

I ask for this:

Entered on Docket: Mar 15 2017

/s/ Louis J. Ebert_____
Louis J. Ebert (Bar No. 17527)
Rosenberg Martin Greenberg, LLP
25 South Charles Street, Suite 2115
Baltimore, MD 21201
(410) 649-4995
*Attorneys for RL BB ACQ III-MD SHP, LLC*

4839-6419-4884, v. 1